■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM FAUNTLEROY, Appellant. [966 NYS2d 691]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 22, 1999 (*People v Fauntleroy*, 258 AD2d 664 [1999]), affirming a judgment of the Supreme Court, Kings County, rendered October 15, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Dillon, Dickerson and Austin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v FRED HEWITT, Defendant. [966 NYS2d 680]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered August 11, 1987.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Balkin, Roman and Miller, JJ., concur.